# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0002

_____

ALBERTO LUIS ORTEGA,

  Appellant,

v.

ENLIGHTENING VENTURE INC.,
TRAVELERS INDEMNITY CO OF
AMERICA,

  Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Edward Almeyda, Judge.

Date of Accident:  January 15, 2024.

October 15, 2025

PER CURIAM.

  AFFIRMED. *See Normandy Ins. Co. v. Bouayad*, 372 So. 3d 671, 682 (Fla. 1st DCA 2023), *review granted,* No. SC2023-1576, 2024 WL 4449458 (Fla. Oct. 9, 2024) (holding that claims of injury caused by a tortfeasor's acts will not be found compensable when an employee fails to meet his burden to establish an occupational cause).

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Kenneth B. Schwartz, North Palm Beach; Carolyn Frank of Friedman, Rodman, Frank & Estrada, P.A., Miami, for Appellant.

Steven H. Preston and Sharon R. Vosseller of Hicks, Porter & Stein, P.A., Miami, for Appellees.